APPOLONIA WARTH, Appellant, *v.* MOORE BLIND STITCHER
AND OVERSEAMER COMPANY et al., Respondents.

*Warth* v. *Moore Blind Stitcher & Overseamer Co.*, 146 App. Div.
28, affirmed.
   (Submitted December 20, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
July 31, 1911, affirming a judgment in favor of defend-
ants entered upon a dismissal of the complaint by the
court on trial at Special Term in an action in behalf of
creditors of the defendant corporation to enforce the lia-
bility of stockholders for unpaid subscriptions to capital
stock.

*Edward S. Clinch* and *J. Brewster Roe* for appellant.

*Charles L. Hoffman, Henry A. Friedman, Daniel W.
Blumenthal, Maurice B. Blumenthal* and *Adam Frank*
for respondents.

Judgment affirmed, with costs to each defendant appear-
ing separately in this court and filing brief; no opinion.
   Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

SIMON HEILBRUNN, Appellant, *v.* GERMAN ALLIANCE INSUR-
ANCE COMPANY OF NEW YORK, Respondent.

   (Submitted December 16, 1912; decided December 31, 1912.)

MOTION to vacate order of dismissal and for order plac-
ing cause on calendar.   (See 206 N. Y. 683.)

Motion denied, without costs.   A new appeal must be
taken if an allowance of leave to appeal is given.   (See
*Guarantee Trust & S. D. Co.* v. *P., R. & N. E. R. R.
Co.*, 160 N. Y. 1.)